# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| LESLEY J. CHESHER, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-3068-CV-S-DW |
| CEDARS RESTAURANT MANAGEMENT, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a Satisfaction of Judgment with the Court (Doc. 60). Plaintiff states that Defendants have fully satisfied and complied with the Court's Order and the parties' settlement agreement. Accordingly, the Court, pursuant to Fed. R. Civ. P. 41(a)(2), dismisses this matter *with prejudice*.

IT IS SO ORDERED.


Date: April 27, 2006                                  /s/ DEAN WHIPPLE
                                                     Dean Whipple
                                                     United States District Court